**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
┌─────────────────────────────────────┐
│ USDC SDNY                            │
│ DOCUMENT                             │
│ ELECTRONICALLY  FILED                │
│ DOC #:_____               │
│ DATE FILED:__5/18/2020__             │
└─────────────────────────────────────┘
```

Heidy Rosina Filomeno,

                                    **Plaintiff,**

            -against-

**Commissioner of Social Security,**

                                    **Defendant.**

1:20-cv-01957 (LTS) (SDA)

**ORDER OF SERVICE**
**AND SCHEDULING ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

The Clerk of Court shall notify the U.S. Attorney's Office for the Southern District of New York of the filing of this *pro se* case, brought pursuant to 42 U.S.C. § 405(g), for which the filing fee has been waived. (*See* Order, ECF No. 4.)

Within 90 days of the date of this Order, the Commissioner must serve and file the Electronic Certified Administrative Record (e-CAR), which will constitute the Commissioner's answer, or otherwise move against the Complaint. The parties otherwise shall comply with the Standing Order regarding Motions for Judgment on the Pleadings in Social Security Cases entered by the Court on March 4, 2020. (*See* Standing Order, ECF No. 3.)

**SO ORDERED.**

DATED:      New York, New York
            May 18, 2020

                                    _____
                                    STEWART D. AARON
                                    United States Magistrate Judge